No. 10-7371. Lester Joe Perry, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1152, 131 S. Ct. 939, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 458, 

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-7373. Terrance Bivings, Petitioner v. Ray Lawler, Superintendent, State Correctional Institution at Huntingdon, et al.

562 U.S. 1152, 131 S. Ct. 939, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 604.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-7374. Tyrell T. Brown, Petitioner v. Ken Clark, Warden.

562 U.S. 1152, 131 S. Ct. 939, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 347, 

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7375. Robert L. Scott, Petitioner v. Indiana.

562 U.S. 1152, 131 S. Ct. 939, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 562.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, Fifth District, denied.

Same case below, 924 N.E.2d 169.

No. 10-7378. Johnny Allen James, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 1152, 131 S. Ct. 939, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 494, 

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-7381. John Burton, Petitioner v. Washington.

562 U.S. 1152, 131 S. Ct. 940, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 160.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 3, denied.

No. 10-7386. Henry Lewis Astrop, Petitioner v. Eckerd Corporation, et al.

562 U.S. 1152, 131 S. Ct. 940, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 76, 

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 881.